# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**JERRY LEE WESTBROOKS, JR.,**

       **Plaintiff,**

  **v.**                               **Civil Action 2:25-cv-803**
                                              **Judge Edmund A. Sargus, Jr.**
                                              **Magistrate Judge Chelsey M. Vascura**

**EQUIFAX INFORMATION
SERVICES LLC,**

       **Defendant.**

## ORDER

      This matter is before the Court on Plaintiff's Motion for Leave to File Amended Complaint. (ECF No. 15.) Defendant has not filed a response in opposition and the time to do so has now expired. For good cause shown, Plaintiff's Motion is **GRANTED** pursuant to Federal Rule of Civil Procedure 15(a)(2). The Clerk is **DIRECTED** to file on the docket Plaintiff's Amended Complaint, attached to his Motion as Exhibit A (ECF No. 15-1). The Clerk is further **DIRECTED** to **TERMINATE AS MOOT** Defendant's Motion to Dismiss (ECF No. 9) and Plaintiff's Motion to Strike Defendant's Motion to Dismiss (ECF No. 13).

      **IT IS SO ORDERED.**

                                              /s/ *Chelsey M. Vascura*
                                              CHELSEY M. VASCURA
                                              UNITED STATES MAGISTRATE JUDGE